USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
INEZ SANCHEZ,

                Plaintiff,

    -against-                20-CV-9450 (VEC)

1398 OGDEN DELI GROCERY CORP. d/b/a    ORDER
1398 OGDEN DELI GROCERY, and EDWARD
LARA,

                Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court scheduled a conference in this case for May 28, 2021, at 10:00 a.m., if the parties failed to file a letter motion seeking settlement approval by the original deadline (Dkt. 20); and

    WHEREAS the Court granted the parties' request for an extension to file their letter motion and settlement agreement to May 28, 2021 (Dkt. 23);

    IT IS HEREBY ORDERED that the May 28, 2021 conference is ADJOURNED *sine die*. If the parties fail to file their letter motion and settlement agreement by the required deadline, May 28, 2021, the Court will schedule an in-person conference to discuss scheduling a trial in this matter.

**SO ORDERED.**

**Date: May 27, 2021**
       **New York, NY**
                                    **VALERIE CAPRONI**
                                    **United States District Judge**